IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-90-198-CR




WILFRED MARTINEZ,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 98,808, HONORABLE JON N. WISSER, JUDGE


 





PER CURIAM

 A jury found appellant guilty of indecency with a child. Tex. Penal Code Ann. §
21.11 (1989). The district court assessed punishment at imprisonment for eight years and a $1000
fine, probated.

 Neither a statement of facts nor a brief on appellant's behalf has been tendered for
filing. Appellant is represented by retained counsel on appeal, as he was at trial. At a hearing
held pursuant to this Court's order, evidence was adduced that, after retaining counsel, appellant
disappeared without making the necessary financial arrangements for securing a statement of facts. 
Counsel has been unable to contact appellant and does not know his whereabouts. Under the
circumstances, this Court will consider the appeal on the present record and without briefs. Tex.
R. App. P. Ann. 53(m) and 74(l) (Pamph. 1992). 

 We have examined the transcript and find no fundamental error or other matter that
should be considered in the interest of justice.


 The judgment of conviction is affirmed.



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Affirmed

Filed:  March 18, 1992

[Do Not Publish]